**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHANA FERDINAND,**

    Plaintiff,

v.                                                         Case No.: 6:18-cv-01547-CEM-DCI

**HILTON MANAGEMENT, LLC,**

    Defendant.

_____/

**MOTION TO WITHDRAW AS ATTORNEYS OF**
**RECORD FOR PLAINTIFF SHANA FERDINAND**

COMES NOW the undersigned attorney of record, Christopher J. Saba of the law firm Wenzel Fenton Cabassa, P.A., and moves the Court for entry of an order allowing him and his firm to withdraw as counsel for the Plaintiff herein, pursuant to Middle District of Florida Rule 2.03. In support for the motion, the undersigned states:

1. The undersigned attorney was retained by Plaintiff to represent her in the above-styled case.

2. Rule 4-1.16(b), Rules Regulating the Florida Bar, states that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if the client insists on pursuing an objective that the lawyer considers repugnant or imprudent, or if the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client, or if other good cause for withdrawal exists. The comments to Rule 4-1.16 state that "The court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require

termination of the representation ordinarily should be accepted as sufficient." Professional considerations require termination of the representation in this case.

Because the Rules Regulating the Florida Bar anticipate that the undersigned counsel may withdraw under the circumstances, and because Ms. Ferdinand will not be prejudiced by the withdrawal of the undersigned counsel, the undersigned counsel respectfully requests that this Court permit him and his firm to withdraw from this case. Prior to filing this motion, the undersigned counsel provided Ms. Ferdinand and opposing counsel with the ten day notice required by Local Rule 2.03(b).

Ms. Ferdinand's current contact information is 2248 River Park Circle, Unit 635, Orlando, Florida 32817. Her telephone number is (954) 882-9234. Her e-mail address is shanaferdinand1@gmail.com.

WHEREFORE, for the reasons set forth herein, the undersigned counsel respectfully requests that this Court permit him and his firm to withdraw from this case.

## **CERTIFICATION OF CONFERENCE**

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned conferred with counsel for the Defendant who does not object to the relief sought herein.

Dated this 19th day of December, 2018.

Respectfully submitted,

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**
**WENZEL FENTON CABASSA, P.A.**
Florida Bar Number: 0092016
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main No: 813-224-0431
Direct No.: 813-321-4086
Facsimile: 813-229-8712
Email: csaba@wfclaw.com
Email: tsoriano@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2018, the foregoing was electronically filed using the CM/ECF system, which will send a notice of electronic filing to:

Tasos C. Paindiris
Lin J. Wagner
JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Email: tasos.paindiris@jacksonlewis.com
Email: lin.wagner@jacksonlewis.com

Shana Ferdinand
2248 River Park Circle, Unit 635
Orlando, Florida 32817
Email: shanaferdinand1@gmail.com

/s/ Christopher J. Saba
**CHRISTOPHER J. SABA**